# United State District Court
# Northern District of New York
# Amended Civil Judgment

*Thomas Ferguson,*

        *Plaintiff,*

  *-v-*                            *3:06cv328 (DEP)*

*Lander Co., Inc.,*

        *Defendant.*

    *[X] Decision by Court.  This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.*

    **IT IS ORDERED AND ADJUDGED,** that judgment was entered on the docket in this case on April 2, 2008, awarding damages to the plaintiff in the amount of $131,815, without prejudice, and it is further,

    **ORDERED AND ADJUDGED**, that on June 25, 2008, United States Magistrate Judge Peebles granted the plaintiff's application for additional fees in the amount of $15,153.02 in costs,  and $162,439.50 in attorney's fees in this action for a total amount of $177,592.52 to be incorporated.

Dated: June 26, 2008        Lawrence K. Baerman, Clerk

                                          s/

                              Marie N. Marra, Deputy Clerk